UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| ANTWOINE DEVON GRAY, | ) |
| Petitioner, | ) |
| v. | ) Case No. 5:21-cv-00210-RDP-HNJ |
| WARDEN, *et al.*, | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation on January 6, 2022, in which he recommended that Petitioner Antwoine Devon Gray not be allowed to proceed with his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 because it is untimely, meaning the petition is barred by the applicable one-year statute of limitations. (Doc. 9). Although the Magistrate Judge granted Petitioner's motion for an extension of time to file objections to the Report and Recommendation, (Doc. 13), no objections have been filed.

After consideration of the record in this case, the court **ADOPTS** the Magistrate Judge's Report and **ACCEPTS** his Recommendation. The court will not issue a certificate of appealability.

By separate order, the court will dismiss Petitioner's petition because it his time-barred.

**DONE** and **ORDERED** this March 7, 2022.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE